# Grant J. Smith
### Attorney-at-Law

Grant J. Smith, Esq.
gsmith@strategysmith.com
Direct Dial – 954.328.9064

February 21, 2022

**VIA FAX DELIVERY (888.938.4715)**
AT&T Global Demand Center
11760 US Highway 1
Suite 300
North Palm Beach, FL 33408

Re: Request for Subpoena Extension - Acct# 839015639 - File#3323168.010

To Whom It May Concern:

Please be advised I represent Drake Ventures, LLC., in the above referenced matter.

The Congressional subpoena attached to your letter is dated February 1, 2022. The letter to my client from AT&T is dated February 9, 2022. Because of travel schedules, my client only saw the letter for the first time on February 20, 2022, and immediately sent it to me for review.

**Until my client has determined the proper course of action for them, Drake Ventures does not authorize the transfer to the Select Committee of its 'confidential phone records information.' 18 U.S.C. § 1039(b) (making it a crime to transfer 'confidential phone records information . . . without prior authorization from the customer to whom such confidential phone records information relates') and 47 U.S.C. § 222(c)(1) (similar prohibition).**

In order to facilitate a considerate review by my client, I hereby request an additional ten (10) days to consider the proper course of action and asks that you take no action to send anything to the Select Committee on February 23 [d].

I am sending this to you the only way you have provided which is by fax, but I have also taken the opportunity to copy my client's contacts at the Select Committee.

Since the timeframes are so tight, the courtesy of an immediate response is requested.

Respectfully submitted,

*[signature]*

Grant J. Smith, Esq.

cc: Select Committee

**Grant J. Smith | Attorney-at-Law | 401 East Las Olas Blvd. | Suite 130-120 | Fort Lauderdale, Florida | 33301 | 954.328.9064**