IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER STONE, *et. al*

    Plaintiffs,

v.                                        Case 1:22-cv-00492

ADAM SCHIFF, *et. al.*

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that STRATEGYSMITH, P.A. (Grant J. Smith, Esq., appearing) hereby enters its appearance as counsel of record on behalf of Plaintiffs ROGER STONE and DRAKE VENTURES, LLC., and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Grant J. Smith, Esq. at the below address.

                        Respectfully submitted,
                        Grant J. Smith, Esq.
                        Strategysmith, P.A.
                        401 E. Las Olas Blvd. Suite 130-120
                        Fort Lauderdale, Florida  33301
                        Tele:  (954) 954.3289064 (direct)
                        gsmith@strategysmith.com

  By:  __/s/ Grant J. Smith_____
            GRANT J. SMITH
            D.D.C. Bar No. FL0036

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

                                                STRATEGYSMITH, P.A.

                                                BY: /s/ Grant J. Smith  
                                                GRANT J SMITH