## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROGER J. STONE, JR, et. al.

                          Plaintiffs,

      v.                                                    Civil Action No.: 1:22-cv-00492

ADAM B. SCHIFF, et. al.

                          Defendants.
_____/

### **AFFIDAVIT OF SERVICE**

I, Grant J. Smith, declare as follows:

     1. I am over the age of eighteen and am competent to testify as to the matters herein. I am licensed to practice law in the State of Florida and this Court. I am one of the attorneys representing Plaintiffs Roger J. Stone, Jr., et al., ("Plaintiffs") in this action. The following is based upon personal knowledge unless otherwise noted.

     2. On May 18, 2022, as required by Fed. R. Civ. P. 4(i), I mailed by U.S. Postal Service, Certified Mail, a copy of the summons and complaint in the instant matter to each of the United States Attorney for the District of Columbia and to the Attorney General of the United States. (Attached hereto)

     3. On or about May 30, 2022, I received the signed return service card back from the office of the Attorney General indicating the package had been received on May 23, 2022. (Attached hereto)

     4. The return service card for the US Attorney for the District of Columbia was never returned.

     5. Checking the USPS tracking website indicated that the package for delivery to the US Attorney for the District of Columbia had been picked up at the postal facility in Washington, DC 20530, on May 23, 2022. (Attached hereto)

     I, Grant J. Smith, declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Dated:  July 13, 2022

Executed at Fort Lauderdale, Florida, July 13, 2022.

*/s/Grant J. Smith*
Grant J. Smith, Esq.
(DDC Bar No. FL-36)
StrategySmith, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
(954) 328-9064
gsmith@strategysmith.com



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| Certified Mail Fee | $3.75 | 0250 |
| $ | $3.05 | 14 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.16 | |
| $ | | 05/18/2022 |
| Total Postage and Fees | $8.96 | |
| $ | | |

Sent To  Merrick Garland, Attorney General
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave
City, State, ZIP+4®  DC  20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| Certified Mail Fee | $3.75 | 0250 |
| $ | $3.05 | 14 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.16 | |
| $ | | 05/18/2022 |
| Total Postage and Fees | $8.96 | |
| $ | | |

Sent To  Matthew Graves, US ATTY
Street and Apt. No., or PO Box No.  555  4th St NW
City, State, ZIP+4®  Wash DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

GATEWAY
1201 N FEDERAL HWY STE 2A
FORT LAUDERDALE, FL 33304-9997
(800)275-8777

05/18/2022                              11:38 AM

------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|

------------------------------------------------

First-Class Mail®      1                    $2.16
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 5.80 oz
    Estimated Delivery Date
    Mon 05/23/2022
    Certified Mail®                         $3.75
        Tracking #:
        70220410000300771291
    Return Receipt                          $3.05
        Tracking #:
        9590 9402 7069 1251 3558 26
Total                                       $8.96

First-Class Mail®      1                    $2.16
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 5.80 oz
    Estimated Delivery Date
    Mon 05/23/2022
    Certified Mail®                         $3.75
        Tracking #:
        70220410000300771307
    Return Receipt                          $3.05
        Tracking #:
        9590 9402 7069 1251 3558 19
Total                                       $8.96

------------------------------------------------
Grand Total:                              $17.92
------------------------------------------------

Credit Card Remitted                      $17.92
    Card Name: AMEX
    Account #: XXXXXXXXXXXX6004
    Approval #: 821121
    Transaction #: 541
    AID: A000000025010801           Chip
    AL: AMERICAN EXPRESS
    PIN: Not Required

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick B. Garland
ATTorney General
DOJ - Service
950 Pennsylvania Ave
Washington, DC 20530



9590 9402 7069 1251 3558 26

2. Article Number *(Transfer from service label)*

7022 0410 0003 0077 1291

---

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ | Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**
app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

---

**Tracking Number:** 70220410000300771307                                      Remove ✕

Your item was picked up at a postal facility at 4:52 am on May 23, 2022 in WASHINGTON, DC
20530.

**USPS Tracking Plus® Available** ⌄

## ⊘ **Delivered, Individual Picked Up at Postal Facility**

May 23, 2022 at 4:52 am
WASHINGTON, DC 20530

**Get Updates** ⌄

---

| **Text & Email Updates** | ⌄ |
|---|---|
| **Tracking History** | ⌃ |

**May 23, 2022, 4:52 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:52 am on May 23, 2022 in WASHINGTON, DC 20530.

---

**May 21, 2022, 11:56 am**
Available for Pickup
WASHINGTON, DC 20530

---

**May 21, 2022, 10:43 am**
Arrived at Post Office
WASHINGTON, DC 20018

**May 21, 2022, 6:05 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 20, 2022**
In Transit to Next Facility

**May 18, 2022, 11:49 pm**
Departed USPS Regional Origin Facility
OPA LOCKA FL DISTRIBUTION CENTER

**May 18, 2022, 11:46 pm**
Arrived at USPS Regional Origin Facility
OPA LOCKA FL DISTRIBUTION CENTER

**May 18, 2022, 7:23 pm**
Departed Post Office
FORT LAUDERDALE, FL 33304

**May 18, 2022, 11:37 am**
USPS in possession of item
FORT LAUDERDALE, FL 33304

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

# Can't find what you're looking for?