AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Roger J. Stone, Jr. and Drake Ventures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-492-CJN |
| Adam B. Schiff, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AT&T Mobility LLC.

Date: 07/15/2022

/s/ William R. Levi
*Attorney's signature*

William R. Levi (D.C. Bar No. 1007057)
*Printed name and bar number*

Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
*Address*

william.levi@sidley.com
*E-mail address*

(202) 736-8000
*Telephone number*

(202) 736-8711
*FAX number*