**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROGER J. STONE, JR., *and* DRAKE VENTURES, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADAM B. SCHIFF, *et al.*,<br><br>*Defendants.* | Case No. 1:22-cv-492-CJN |

**[PROPOSED] ORDER GRANTING DEFENDANT AT&T MOBILITY LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

It is hereby ORDERED that Defendant AT&T Mobility LLC's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint is GRANTED.  AT&T Corporation's deadline to answer or otherwise respond to Plaintiffs' Complaint is extended until 14 days after the House Defendants respond to Plaintiffs' Complaint.

It is so ORDERED.

Dated: _____                            _____
                                            The Honorable Carl J. Nichols
                                            U.S. DISTRICT JUDGE