IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER J. STONE, JR et al., *Plaintiffs*, v. ADAM B. SCHIFF et al., *Defendants*. | No. 1:22-cv-00492 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Congressional Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Congressional Defendants' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiffs' claims against the Congressional Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____
THE HONORABLE CARL J. NICHOLS
United States District Judge