IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER J. STONE, JR<br><br>DRAKE VENTURES, LLC<br><br>    Plaintiffs,<br> v.<br><br>ADAM B. SCHIFF, et. al.<br><br>    Defendants. | Civil Case No. 1:22-CV-00492-CJN |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTIONS TO DISMISS**

Plaintiffs Roger Stone & Drake Ventures, LLC. respectfully submit this motion for extension of time to file a responses to Defendant Schiff and other members of Congress and Defendant AT&T's anticipated response due

Currently, the deadline for plaintiffs' response is due August 5, 2022. Plaintiffs have not requested a previous extension. AT&T requested an extension on July 15, 2022. ECF No. [14]. The Court granted the request via paperless minute order on July 21, 2022. AT&T's response is due August 5, 2022.

Plaintiffs would like to respond to the responses to the complaint in one filing. Depending on AT&T's response could change a portion of Plaintiffs' response. Plaintiffs are requesting an additional 7 days from the date of August 5, 2022, which is August 12, 2022. This extension of time will not affect any other existing deadlines.

Defendants' counsel has informed us that neither defendant opposes our requested extension.

## CONCLUSION

This Court should grant the extension of time for Roger Stone to file a response to both Defendants' responses to the complaint on August 12, 2022.

/s/ Robert Buschel
Robert C. Buschel (DDC Bar No. FL-0039)
  *Counsel of Record*
BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Suite 304
Fort Lauderdale, FL 33301
(954) 530-5301
buschel@bglaw-pa.com

*/s/Grant J. Smith*
(DDC Bar No. FL-36)
StrategySmith, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
(954) 328-9064
gsmith@strategysmith.com

*Counsel for Roger Stone*

## CERTIFICATE OF SERVICE

I certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

/s/ Robert Buschel
Robert C. Buschel
*Counsel for Roger Stone*