IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER J. STONE, JR,<br>DRAKE VENTURES, LLC<br><br>      Plaintiffs,<br> v.<br><br>ADAM B. SCHIFF, et. al.<br><br><br><br>      Defendants. | Civil Case No. 1:22-CV-00492-CJN |

**ORDER**

The Court grants Plaintiffs Roger Stone and Drake Ventures, LLC's motion for extension of time to respond to Defendant Schiff et.al.'s motion to dismiss and AT&T's response to the complaint in this case. Plaintiffs may file their responses by August 12, 2022.


Dated: ___

                     CARL J. NICHOLS
                     United States District Judge