UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER J. STONE, JR., *and* DRAKE VENTURES, LLC,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ADAM B. SCHIFF, *et al.*,<br><br>   *Defendants.* | Case No. 1:22-cv-492-CJN |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AT&T MOBILITY LLC

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of Civil Procedure, I, the undersigned counsel of record for Defendant AT&T Mobility LLC, certify that to the best of my knowledge and belief, AT&T Mobility LLC is a wholly owned subsidiary of AT&T Inc., which is a publicly held corporation. I further certify that to the best of my knowledge and belief, AT&T Inc. does not have a parent corporation, and there are no subsidiaries, affiliates, or companies that own at least 10 percent of its stock.

  These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 5, 2022

                Respectfully submitted,

                 /s/ *William R. Levi*
                William R. Levi (D.C. Bar No. 1007057)
                SIDLEY AUSTIN LLP
                1501 K Street, N.W.
                Washington, D.C. 20005
                T: (202) 736-8000
                F: (202) 736-8711
                william.levi@sidley.com
                *Counsel for AT&T*