UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER J. STONE, JR., *and* DRAKE VENTURES, LLC,

        *Plaintiffs*,

v.

ADAM B. SCHIFF, *et al.*,

        *Defendants*.

Case No. 1:22-cv-492-CJN

**[PROPOSED] ORDER GRANTING DEFENDANT AT&T MOBILITY LLC'S MOTION TO HOLD AT&T MOBILITY LLC'S DEADLINE TO RESPOND IN ABEYANCE OR, IN THE ALTERNATIVE, TO DISMISS AT&T MOBILITY LLC AS A PARTY**

After consideration of Defendant AT&T Mobility LLC's Motion to Hold AT&T Mobility LLC's Deadline to Respond in Abeyance or, in the Alternative, to Dismiss AT&T Mobility LLC as a Party, ECF No. __, it is hereby ORDERED that the Motion is GRANTED. AT&T Mobility LLC's deadline to respond to Plaintiffs' Complaint is hereby HELD IN ABEYANCE.

    It is so ORDERED.

Dated: _____                             _____
                                                    The Honorable Carl J. Nichols
                                                    U.S. DISTRICT JUDGE