IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER J. STONE, JR,<br>DRAKE VENTURES, LLC<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ADAM B. SCHIFF, et. al.<br><br><br><br><br>　　　　　　　　　　Defendants. | Civil Case No. 1:22-CV-00492-CJN |

**ORDER DENYING MOTION TO DISMISS COMPLAINT**

The Court denies the Congressional Defendants' motion to dismiss. All Defendants will file a responsive pleading within 14 days of the date of this Order.


Dated:　___　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　United States District Judge