IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER J. STONE, JR

DRAKE VENTURES, LLC

              Plaintiffs,

  v.

ADAM B. SCHIFF, et. al.

              Defendants.

Civil Case No. 1:22-CV-00492-CJN

## JOINT STATUS REPORT

Plaintiffs Roger Stone & Drake Ventures, LLC., Defendant Adam B Schiff et. al. and other members of Congress, and Defendant AT&T, file this Joint Status Report, pursuant to this Court's Order dated November 30, 2022.

The Select Committee has informed Plaintiffs that it will be withdrawing the subpoena issued regarding Plaintiffs. AT&T, the telecommunications carrier will be notified of the withdrawal via letter from the Select Committee. In reliance on this representation, Plaintiffs dismiss the complaint with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41.

The parties will bear their own respective fees and costs.

/s/ Douglas N. Letter
DOUGLAS N. LETTER
  General Counsel
TODD B. TATELMAN
  Principal Deputy General Counsel
ERIC R. COLUMBUS
  Special Litigation Counsel


OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov


/s/ William R. Levi
William R. Levi (D.C. Bar No. 1007057)
Daniel J. Hay (D.C. Bar No. 1047969)
Marcus S. Bauer (TN Bar No. 037499)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
T: (202) 736-8000
F: (202) 736-8711
william.levi@sidley.com
dhay@sidley.com
marcus.bauer@sidley.com
Counsel for AT&T

/s/ Robert Buschel
Robert C. Buschel (DDC Bar No. FL-0039)
  *Counsel of Record*
BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Suite 304
Fort Lauderdale, FL 33301
(954) 530-5301
buschel@bglaw-pa.com


*/s/Grant J. Smith*
(DDC Bar No. FL-36)
StrategySmith, P.A.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
(954) 328-9064
gsmith@strategysmith.com


*Counsel for Roger Stone and Drake Ventures, LLC.*

2

## CERTIFICATE OF SERVICE

I certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

/s/ Robert Buschel
Robert C. Buschel
*Counsel for Roger Stone and Drake Ventures, LLC*