IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER J. STONE, JR, <br> DRAKE VENTURES, LLC <br><br>       Plaintiffs, <br> v. <br><br> ADAM B. SCHIFF, et. al. <br><br><br><br>       Defendants. | Civil Case No. 1:22-CV-00492-CJN |

**ORDER**

THIS MATTER having come before the Court in response to the Order of November 30, 2022, requiring a Joint Status Report; the parties having filed the Report, and the Parties advising that the Plaintiffs agree the case should be dismissed based upon the representation that the Select Committee has informed Plaintiffs that it will be withdrawing the subpoena issued regarding Plaintiffs and AT&T, the Court hereby dismisses the complaint, pursuant to Federal Rule of Civil Procedure 41. All parties will bear their own fees and costs.

Dated: ___

                              CARL J. NICHOLS
                              United States District Judge